United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| Timothy W. Elkins Jr. | |
| Plaintiff, | |
| vs. | Civil Action No. 18-2019-SMY |
| Jon Fatheree, Warden, Centralia C.C. | Amended Complaint |
| Individually & in their Official | Related to & Severed |
| Capacities, | from: Elkins, Jr. v. Doe 1 |
| Defendants. | etal, Civil Action No. 19-55-NJR |

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has Jurisdiction under 28 U.S.C. Section 1331 & 1343 (a)(3). Plaintiff Elkins seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Elkins claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and rule 65 of the Federal Rules of Civil Procedure.

2. The Southern District of Illinois is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

3. Plaintiff Timothy W. Elkins Jr., is and was at all times mentioned herein a prisoner of the State of Illinois in the custody of the Illinois Department of Corrections.

(1)

## III. Defendants

4. Defendant Jon Fatheree is the warden of Centralia Correctional Center, 9330 Shattuc Road, Centralia Illinois 62801. He is legally responsible for the operation of Centralia Correctional Center and for the welfare of all the inmates of that prison.

## IV. Facts

5. On August 22, 2018 I was transferred to Centralia Correctional Center for two court writs. The first was on August 24, 2018 to the macoupin county Illinois courthouse. The second was on August 28, 2018 to the madison county Illinois Courthouse.

6. Centralia Correctional Center gives their inmates 3 rolls of toliet paper at the beginning of the month to last the entire month. Because I arrived at the end of the month I was only given 1 roll to last 2 weeks.

7. Due to a bowel rupture and two surguries in 2006 that I almost died from, I do not defacate normal, sometimes I go once every few days and sometimes I go a few times on the same day. I can not hold my bowel movements, this would be dangerous considering my past medical issues.

8. I have been having blood in my stool and cramps that I am being tested for to find out what is wrong. Sometimes just mucus comes out.

ⓐ

9. My roll of toliet paper ran out on August 27, 2018. During a period of 5 days I asked the bubble officer who told me to hold it until the 1st of the new month even though I explained to him about my bowel problems and history. No officer would give me any toliet paper and I asked a lot of them. I was told to ask a Lt., so I did and he said no. I asked the pill line nurse because I seen a partial roll on the shelf behind her and she outright lied to me and said she did not have any, I even sent request slips directed straight to the Warden Jon Fatheree with no response, reguarding my bowel past and present problems. I was forced to dig out dirty face rags that inmates going home threw away, to wipe with. I told every one I asked for toliet paper about my bowel rupture and surgury and that I can not hold my bowel movements, hoping they would respond by giving me toliet paper but they did not care. One request I sent to Jon Fatheree, the Warden, was on August 28, 2018. On this request I asked for toliet paper, a fan because it was hot and explained my medical situation with no response.

10. I told my mom and sister on the phone what was going on. these calls should have been recorded as evidence. On August ~~30~~, 2018 my sister called springfield IDOC officials to try

③

and help me but they acted like it was not a big deal. My sister would know exactly what they said. The day before on August 29, 2018 my sister called Centralia Correctional Center to try to help me get toilet paper, she asked the women on the phone to speak to the warden. The women said she was the warden and would take care of it, after my sister explained what was happening. My sister did not know the warden was a man.

## V. Legal Claims

11. Defendant Jon Fatheree violated the eighth amendment by acting with deliberate indifference to a prison condition that deprived the plaintiff of a basic human need, by knowing of my very serious medical condition and refusing to provide the plaintiff with toilet tissue for 5 days, causing injury both mental, emotional and most dangerously, physical, pain in my abdoman and blood in my stool that is ongoing. See DeSpain v. Uphoff, 264 F.3d 965 (10th Cir. 2001). DeSpain and Gillis v. Litscher, 468 F.3d 488 (7th Cir. 2006). "Prisoners are entitled to sanitary toliet facilities, basic supplies and cleaning products."

## VI. Prayer for Relief

Wherefore, Plaintiff respectfully prays that this court enter Judgment:

12. Granting plaintiff Timothy W. Elkins Jr. a declaration that the acts and omissions described herein violate his rights under the constitution and laws of the United States, and

13. Injunctive relief asking IDOC to not send me to Centralia or Menard CC for my safety and to prevent retaliation, these issues are ongoing because I have court dates coming up and need protection.

14. Granting plaintiff Timothy W. Elkins Jr. Compensatory damages in the amount of 35,000 against each defendant, jointly and severally.

15. Granting plaintiff Timothy W. Elkins Jr. punitive damages in the amount of 10,000 against each defendant, jointly and severally.

16. Plaintiff Timothy W. Elkins Jr. seeks a jury trial on all issues triable by a jury.

17. Recovery of costs

18. Any additional relief this court deems just and proper.

Dated: March 23, 2019

Respectfully Submitted,
Timothy W. Elkins Jr. /Y24242
4017 E. 2603 Rd.
Sheridan, IL 60551

I have read the foregoing complaint and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Sheridan, Illinois on March 23, 2019

/s/ Tim Elkins
Timothy W. Elkins Jr.